UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BOYER, OSEI & KIM, LLC.
1000 Clifton Ave, Suite 200
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID 010241984

Order Filed on April 15, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

George Villanueva,

Debtor,

Case Number: 15-32668

Hearing Date: March 24, 2016

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER REINSTATING

☐ CASE   ☒ AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2016**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by _____ and, for good cause it is

ORDERED that:

☐ the Order of Dismissal filed on _____ is vacated and the case shall be reinstated.

☒ ~~the Order Vacating the Automatic Stay filed on~~ _____ ~~is vacated and~~ the automatic stay is reinstated.

rev.8/1/15