UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
--------------------------

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of David S Waltzer, PC
David S Waltzer, Esq.
One Central Ave., Suite 307
Tarrytown, NJ, 10591
Ph.: 201-234-8384
Email: waltzer@waltzerlawgroup.com

Hearing Date: September 11th, 2018

Time: 10:00AM

--------------------------
In re:

Chapter 13

    George B Villaneuva

Case No: 15-32668 – JKS (Closed)

             Debtor

**Chief Judge: Kathryn C. Ferguson**

--------------------------

### NOTICE OF MOTION FOR AN ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Please Take Notice that on George Villanueva, through his attorney David S Waltzer, will move this court on September 11, 2018 at 10AM pursuant to D.N.J. LBR 3011 for an Order directing the Payment and return to Debtor of Unclaimed Funds in the amount of $91,793.04. (Trustee Deposit Receipt Number 535114)

**YOUR RIGHTS MAY BE AFFECTED.**

     If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date. If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Hearing Date: | September 11, 2018 |
| Hearing Time: | 10 AM |
| Hearing Location: | 402 East State Street |
| | Trenton, N.J. 08608 |
| Courtroom Number: | Court Room # 2 |

DATE: August 9, 2018         By: /s/ David S Waltzer
                                            David S. Waltzer, Esq
                                            Counsel for George B Villanueva
                                            Waltzer Law Group, PC
                                            1 Central Ave. Suite 307
                                            Tarrytown, NY 10591